DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

23 AUGUST 2012

| 168P09-8 | State v. Clyde Kirby Whitley | 1. Def's *Pro Se* Motion for *Writ of Mandamus* (COAP11-794) | 1. Denied |
| | | 2. Def's *Pro Se* Motion for Declaratory Judgment | 2. Dismissed |
| | | 3. Def's *Pro Se* Motion for Clarification | 3. Dismissed |
| | | 4. Def's *Pro Se* Motion for Enforcement of Plea Agreement and Judgment and Commitment | 4. Dismissed |
| 168P12 | State v. Joshua Wray Walker | 1. Def's NOA Based Upon a Constitutional Question (COA11-1093) | 1. - - - |
| | | 2. Def's PDR Under N.C.G.S. § 7A-31 | 2. Denied |
| | | 3. State's Motion to Dismiss Appeal | 3. Allowed |
| 176P11-2 | State v. Floyd Calvin Cody | Def's *Pro Se* Motion for Notice of Arrest of Judgment (COA10-961) | Denied |
| 176P12 | State v. Mark Anthony Miller | Def's PWC to Review the Order of the COA (COA12-90) | Dismissed |
| 178P12 | Marvin McDonald, Cornelius Ford, Anthony Koonce, Perry Jones, Aaron Petty, and Annie Polk v. North Carolina Department of Correction (Currently Division of Adult Correction), a North Carolina State Agency; North Carolina Department of Correction Management Information Systems, a Division of the North Carolina Department of Correction; Alvin W. Keller (Currently Reuben Young), Secretary, North Carolina Department of Correction; Bob Brinson, Chief Information Officer, North Carolina Department of Correction Management Information Systems | Plts' PDR Under N.C.G.S. § 7A-31 (COA11-1280) | Denied

Jackson, J., Recused |